■ In the Matter of BRENDA H. et al., Petitioners, v JOHN A. JOHNSON, as Commissioner of New York State Office of Children and Family Services, Respondent. [703 NYS2d 775] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: In this CPLR article 78 proceeding, petitioners challenge respondent's determination after a fair hearing denying their request to expunge their names from the State Central Register of Child Abuse and Maltreatment. Because petitioners failed to include in their brief numerous issues raised in their petition, those issues are deemed abandoned (*see, Matter of Roe v Selsky,* 250 AD2d 935, 937; *see also, Matter of Kalis v McCall,* 257 AD2d 838, 839, n; *Matter of Lee TT. v Wing,* 248 AD2d 785, 786, n 2). In any event those contentions are without merit. The contentions asserted in petitioners' brief are likewise without merit. The proceeding was properly transferred because the petition raised the issue of substantial evidence (*see,* CPLR 7804 [g]), and the answer was a proper response to the petition. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Erie County, Sconiers, J.) Present—Pine, J. P., Wisner, Hurlbutt and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. HOGAN, Appellant. [704 NYS2d 413] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of defendant, the verdict is supported by legally sufficient evidence and is not contrary to the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). The sentence is neither unduly harsh nor severe. Defendant freely bargained for the maximum sentence upon his conviction of criminal possession of a weapon in the second degree in satisfaction of pending charges of, *inter alia,* assault in the first degree and criminal possession of a controlled substance in the third degree (*see, People v Kohler,* 147 AD2d 937, *lv denied* 73 NY2d 1017; *see also, People v Cotton,* 219 AD2d 836, 837, *lv denied* 87 NY2d 900). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Weapon, 2nd Degree.) Present—Pine, J. P., Wisner, Hurlbutt and Balio, JJ.